**Order filed September 11, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00216-CV
_____

**JOE ALFRED IZEN JR., Appellant**

**V.**

**BRIAN LAINE AND KIMBERLY LAINE, Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-28211**

## O R D E R

The clerk's record was filed May 18, 2018. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the Motion for New Trial filed January 22, 2018.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **October 1, 2018**, containing the Motion for New Trial filed January 22, 2018.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM